**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARCY VELASQUEZ**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCY VELASQUEZ,**<br><br>       Plaintiff,<br><br>v.<br><br>**GRUNDMAN'S INC.**, a California corporation, **GRUNDMAN'S SPORTING GOODS, INC.**, a California corporation, dba **GRUNDMAN'S SPORTING GOODS, FREDERICK C. GRUNDMAN, SHAR L. GRUNDMAN**, and DOES ONE to FIFTY, inclusive,<br><br>       Defendants. | Case No. 12 CV 5628 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; (~~PROPOSED~~) ORDER FRCP 41(a)(1)(A)(ii)** |

Plaintiff **MARCY VELASQUEZ** and Defendants **GRUNDMAN'S INC., a California corporation, GRUNDMAN'S SPORTING GOODS, INC., a California corporation, dba GRUNDMAN'S SPORTING GOODS, FREDERICK C. GRUNDMAN, SHAR L. GRUNDMAN,** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.     The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: July 3, 2013      /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **MARCY VELASQUEZ**

**LAW OFFICE OF BRADFORD C. FLOYD**

Dated: July 3, 2013      /s/ Bradford C. Floyd
Bradford C. Floyd, Attorney for Defendants
**GRUNDMAN'S INC., GRUNDMAN'S SPORTING GOODS, INC., FREDERICK C. GRUNDMAN, SHAR L. GRUNDMAN,**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>VELASQUEZ vs GRUNDMAN, et al.</u>, Case Number 12-CV-5628 MEJ, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: ___July 3, 2013___       _____
MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE